UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WINFREY,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY CAPITAL HOLDINGS, INC.,<br><br>    Defendant. | Case No. 4:18-cv-06281-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 38 |

On September 24, 2019, the parties filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the case management conference set for October 1, 2019 is continued to December 17, 2019 at 1:30 p.m. The parties' joint case management statement is due on or before December 10, 2019.

IT IS SO ORDERED.

Dated: September 25, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge